FILED

09/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0581

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0581

_____

IN RE THE MARRIAGE OF:

HEATHER REMITZ n/k/a CARISCH,

      Petitioner and Appellee,

  and

RICK REMITZ,

      Respondent and Appellant.

_____

O R D E R

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John C. Brown, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2023